UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-23881-CIV-UNGARO

JIMMY LEE BROWN,

    Petitioner,

v.

JAMES V. CROSBY, JR.,

    Respondent.
_____/

## ORDER ON MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court upon Petitioner's *pro se* Petition for Writ of Habeas Corpus, filed October 26, 2010.  (D.E. 1.)

THE COURT has reviewed the record as a whole and is otherwise fully advised in the premises.

This matter was referred to Magistrate Judge Patrick A. White, who, on November 1, 2010, issued a Report recommending that the Petition be dismissed because it is a successive Petition for Writ of Habeas Corpus and Petitioner failed to apply to the United States Eleventh Circuit Court of Appeals for authorization to file a successive Petition, as required under 28 U.S.C. § 2244.  (D.E. 6.)  The parties were afforded the opportunity to file objections to the Magistrate Judge's Report; however, no objections were filed.  The matter is now ripe for review.  Accordingly, having conducted a careful, *de novo* review of the record, it is hereby

ORDERED AND ADJUDGED that the Magistrate Judge's Report (D.E. 6) is RATIFIED, ADOPTED and AFFIRMED.  Petitioner's *pro se* Petition for Writ of Habeas Corpus

(D.E. 1) is DISMISSED.

DONE AND ORDERED in Chambers at Miami, Florida, this _24th__ day of November, 2010.

*[signature]*
_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Jimmy Lee Brown, *pro se*